162 So.2d 496

**T. H. SCOTT**

**v.**

**STATE.**

**8 Div. 919.**

Court of Appeals of Alabama.

Jan. 28, 1964.

Rehearing Denied Feb. 18, 1964.

H. Neil Taylor, Russellville, for appellant.

Richmond M. Flowers, Atty. Gen., David Ellwanger, John D. Bonham and Wm. G. O'Rear, Asst. Attys. Gen., for the State.

PRICE, Presiding Judge.

Reversed and remanded on authority of State v. Peak, 28 Ala.App. 32, 177 So. 350.

Certiorari denied by Supreme Court, 155 So.2d 606 (3 Div. 48).